# SC DOCKET SHEET
## CASE NO. PC-2021-02372

| | | | |
|---|---|---|---|
| Cynthia Roberge | § | Location: | **Providence/Bristol County Superior Court** |
| v. | § | | |
| **Travelers Property Casualty Company of America** | § | Filed on: | **04/05/2021** |
| | § | US District Court Case Number: | **1:21-cv-00193** |

---

### CASE INFORMATION

**Statistical Closures**
05/06/2021    Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Breach of Contract**

Case Status: **05/06/2021  Closed**

Case Flags: **Claim for Jury Trial**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number          PC-2021-02372 |
| | Court                Providence/Bristol County Superior Court |
| | Date Assigned        04/05/2021 |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | Roberge, Cynthia | **RESMINI, WAYNE** *Retained* 4017516655 x000(W) |
| **Defendant** | **Travelers Property Casualty Company of America** | **PURDUE, WILLIAM T** *Retained* 6176708916(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 05/06/2021 | Closed-Non Trial-Unassigned-Removed to Federal Court |
| 05/06/2021 | Case Removed to US District Court |
| 05/06/2021 | Notice of Removal *TO USDC* |
| 04/28/2021 | Withdrawal of Appearance *Withdrawal of Appearance - MRD* |
| 04/28/2021 | Notice of Removal *Notice of Filing Remove to USDC* |
| 04/28/2021 | Entry of Appearance *Notice of Appearance* |
| 04/26/2021 | Summons Proof of Service Filed *Summons Proof of Service* |
| 04/15/2021 | Stipulation Filed Extension of Time *Late Answer Stipulation* |
| 04/14/2021 | Entry of Appearance *EOA - MRD* |
| 04/05/2021 | Summons |

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. PC-2021-02372

| 04/05/2021 | Claim of Jury Trial Filed |
|---|---|
| | *Jury Trial Demand* |
| 04/05/2021 | Complaint Filed |
| | *Complaint* |

*Printed on 05/06/2021 at 11:55 AM*



## STATE OF RHODE ISLAND
## AND PROVIDENCE PLANTATIONS

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

| Case Information |
|---|

Case Caption: **Roberge** vs. **Travelers Property Casualty of America**

Federal Court Case No. **1:21-cv-00193**    State Court Case No. **PC-2021-02372**

| Record Information |
|---|

Confidential:     Yes ☐     No ☑     Description: _____

Sealed documents:     Yes ☐     No ☑     Description: _____

| Certification |
|---|

I, **Sharon Santiago** , Clerk of the Rhode Island Superior Court for the County of **Providence** do certify that the attached documents are all the documents included in the record in the above referenced case.

Clerk of Court

Date: 05/06/2021

/s/ **Sharon Santiago**

By Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**CYNTHIA A. ROBERGE**
Plaintiff,            :

                                        :

v.                                      :          C.A. No. 2021-

                                        :

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA**
Defendant    :

## NOTICE OF REMOVAL

Now comes the defendants Travelers Property Casualty Company of America (hereinafter

"Defendants Travelers"), and hereby gives notice of the removal of this action from the Providence

County Superior Court of the State of Rhode Island, where it is now pending and styled as *Cynthia*

*A. Roberge v. Travelers Property Casualty Company of America* , C.A. No. PC-2021-02372, to

the United States District Court for the District of Rhode Island, pursuant to 28 USC § 1441 *et.*

*seq.*  In support of this petition, Defendants Travelers avers as follows:

1.      Plaintiff Cynthia A. Roberge commenced this action against defendants Travelers

Property Casualty Company of America, in the Providence County Superior Court of the State of

Rhode Island on or about April 5, 2021 (a copy of the plaintiff's complaint is attached hereto and

marked as Exhibit A).

2.      Plaintiff served defendant Travelers Property Casualty Company of America with

the complaint through service upon the Rhode Island Insurance Commissioner on or about April

9, 2021.

3.      The District Courts of the United States have original jurisdiction over civil actions

where the parties are from diverse states and the matter in controversy exceeds the sum or value

100318481



SUPERIOR COURT
FILED
CLERK'S OFFICE

21 MAY -6 AM 11: 54

of $75,000, exclusive of interest and costs. 28 USC § 1332(a)(1), 1441(a). Removal of this action is not prohibited by 28 U.S.C. § 1445.

4.      With respect to diversity, Plaintiff's is a resident of the State of Rhode Island. (See Exhibit A)

5.      Defendant Travelers Property Casualty Company of America is a foreign corporation organized and existing under the laws of the State of Connecticut with its principal place of business in Hartford, Connecticut.

6.      Because plaintiff is a citizen of the State of Rhode Island and the defendant Travelers Property Casualty Company of America is a corporation of the State of Connecticut, complete diversity of jurisdiction exists.

7.      The amount in controversy exceeds $75,000, based on the allegations in the plaintiff's complaint. (See Exhibit A)

8.      Accordingly, the United States District Court for the District of Rhode Island has original jurisdiction over this action pursuant to 28 USC §1332(a) and this action is, therefore, removable to this Court pursuant to 28 USC § 1441.

9.      Pursuant to 28 USC § 1446(b), this notice is filed within thirty (30) days of plaintiff's service of its complaint on Defendants Travelers Property Casualty Company of America.

10.     Pursuant to 28 USC § 1446(d), a copy of this Petition for Removal is being filed with, Clerk of Providence County Superior Court for the State of Rhode Island and is being served on plaintiff.

11.     Pursuant to Local Rule 81(a), Defendant Travelers has requested that the Clerk of the Providence County Superior Court of the State of Rhode Island, assemble and provide

100318481

electronic certified copies of the docket sheet and of all records filed in the State Court action being removed.

WHEREFORE,   defendant Travelers Property Casualty Company of America, hereby Requests that this action now pending against it in the Providence County Superior Court of the State of Rhode Island be removed from that Court to the United States District Court for the District of Rhode Island.

Respectfully submitted,

Travelers Property Casualty
Company of America
By Its Attorneys,

MORRISON, MAHONEY, LLP.

*/S/ Douglas L Price*
_____
Douglas L Price, Esq, (RI Bar No. 8749)
10 Weybosset Street, Suite 900
Providence, RI  02903
Tel: (401) 331-4660
Fax: (401) 351-4420
dprice@morrisonmahoney.com

100318481

## <u>CERTIFICATION</u>

I hereby certify that on this 4th day of May 2021, a copy of the foregoing was mailed, postage prepaid, to:

Clerk of the Court
Providence County
Superior Court
250 Benefit Street
Providence, RI  02903

Wayne G. Resmini, Esq.
Resmini Law, LLC
1022 Reservoir Avenue
Cranston, RI 02910

MORRISON, MAHONEY, LLP.

*/S/ Douglas L Price*

Douglas L Price, Esq, (RI Bar No. 8749)
10 Weybosset Street, Suite 900
Providence, RI  02903
Tel: (401) 331-4660
Fax: (401) 351-4420
dprice@morrisonmahoney.com

100318481



Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:16 PM
Envelope: 3038907
Reviewer: Jaiden H.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

CYNTHIA A. ROBERGE                          (
         Plaintiff,                         (
                                            (
VS.                                         (        C.A. NO. P.C. 2021-
                                            (
TRAVELERS PROPERTY CASUALTY                 (
COMPANY OF AMERICA,                         (
         Defendant                          (

COUNT I

BREACH OF CONTRACT CLAIM

1. Plaintiff Cynthia A. Roberge, while in the scope of her
employment with the State of Rhode Island and was
involved in a motor vehicle accident on October 18, 2018
with an underinsured motorist.

2. Upon information and belief, the State of Rhode Island
procured commercial auto policy with Travelers Property
Casualty Company of America, Policy No. TC2JCAP 177D8592,
effective dates of coverage:  February 1, 2018 to
February 1, 2019.

3. On the date of the accident with the underinsured
motorist, plaintiff was required to use her own personal
automobile in the scope of her employment.

4. Travelers' policy contained a Business Auto Extension
Endorsement which provides in pertinent parts as follows:

"D.   EMPLOYEES AS INSURED

The following is added to Paragraph A.1, Who is An Insured, of
Section II - COVERED AUTOS LIABILITY COVERAGE:

Any "employee" of yours is an "insured" while using a covered "a
covered auto" you don't own, hire or borrow in your business or
your personal affairs."

5. At the time of the accident, plaintiff's auto was a
covered  auto for liability purposes.

d in Providence/Bristol County Superior Court
omitted: 4/5/2021 3:18 PM
relope: 3038907
iewer: Jalden H.

6.    Given Travelers provided liability coverage for
plaintiff's auto pursuant to the Business Auto Extension
Endorsement, under Rhode Island law Travelers was also
required to provide uninsured/underinsured coverage for her
auto in an amount equal to the liability limits.

7.    Travelers' policy impermissibly attempts to restrict
underinsured coverage to only vehicles with a Symbol 2 or
"owned autos" only in violation of Rhode Island law.

8.    Pursuant to R.I.G.L. § 27-7-2.1(a), Travelers was required
to provide uninsured/underinsured motorist coverage in an
amount equal to the insured's bodily injury liability
limits, unless the insured opted to select a limit less
than the bodily injury liability coverage.

8.    Pursuant to § 27-7-2.1 (d) and under Rhode Island law,
Travelers was further required to notify the policy holder
in any renewal, reinstatement, substitute, amended,
altered, modified, transfer or replacement policy as to
the availability of additional uninsured/underinsured
coverage or optional limits, which notice was required be
provided with each change in order to be effective.

9.    Pursuant to 27-7-2.1 (a) The named insured shall have the
option of selecting a limit in writing less than the
bodily injury liability coverage, but in no event less
than the limits set forth in § 31-31-7, unless the named
insured is purchasing only the minimum coverage required by
compulsory insurance provisions of the general laws, in
which case the limit can be reduced to zero, but only
after signing an advisory notice approved by the director
of business regulation concerning the hazard of uninsured
and underinsured motorists.

10.    As such, the plaintiff is entitled to underinsured
motorist  coverage in the amount of liability limits for
$1,000,000.

11.    By failing to provide said coverage consistent with Rhode
Island law, Travelers has breached its contract.

d In Providence/Bristol County Superior Court
omitted: 4/5/2021 3:18 PM
relope: 3038907
iewer: Jalden H.

**COUNT II**
**DECLARATORY JUDGMENT**

13.  Plaintiff repeats and re-alleges the allegations contained
     in Paragraphs 1-12 of this Complaint as if set forth fully
     herein.

14.  Given the plaintiff was in the scope of her employment at
     the time of accident, she is considered a named insured
     under Travelers' policy pursuant to *Martinelli v.*
     *Travelers, 687 A.2d 443, 447 (R.I.1996)* and is entitled to
     underinsured motorist coverage in the amount of $1,000,000.

15.  By failing to provide underinsured coverage to Travelers'
     named insured, it has breached its contract.

**COUNT III**
**DECLARATORY JUDGMENT**

16.  Plaintiff repeats and re-alleges the allegations contained
     in Paragraphs 1-15 of this Complaint as if set forth fully
     herein.

17.  Upon information and belief, when the policy was renewed,
     Travelers failed to offer uninsured/underinsured motorist
     coverage in the amount of the liability limits of
     $1,000,000 as required by law.

18.  By failing to do so, Travelers' underinsured motorist
     coverage must be reformed to equal the liability limits of
     $1,000,000 pursuant to Rhode Island law.

**COUNT IV**
**DECLATORY JUDGMENT**

19.  Plaintiff repeats and re-alleges the allegations contained
     in Paragraphs 1-18 of this Complaint as if set forth fully
     herein.

20.  Travelers' acts as alleged herein were fraudulent and
     malicious. As a result, Cynthia Roberge is entitled to an
     award of punitive damages to punish Travelers and for the
     sake of example, all in a sum to be proven at trial.

d in Providence/Bristol County Superior Court
omitted: 4/5/2021 3:18 PM
relope: 3038907
iewer: Jaiden H.

**COUNT V**
**BAD FAITH**

21.    Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1-20 of this Complaint as if set forth fully herein.

22.    The actions and conduct of the defendant TRAVELERS in its denial of underinsured motorist coverage to the plaintiff CYNTHIA ROBERGE were, and continue to be, wrongful, without any reasonable basis in either fact and or law, and in bad faith, both pursuant to common-law and the provisions of, but not limited to, R.I.G.L. § 9-1-33 et seq, R.I.G.L. § 27-9-1 et seq. and Rhode Island Department of Business Regulation LXXIII (73)

23.    As a direct and proximate result of the bad faith of the defendant TRAVELERS as aforesaid, the plaintiff CYNTHIA ROBERGE was caused to sustain severe and substantial monetary and other unspecified damages, and has incurred interest, costs, and attorney's fees.

24.    The monetary damages sustained by the plaintiff CYNTHIA ROBERGE are sufficient to invoke the jurisdiction of this Court.

25.    Pursuant to R.I.G.L. § 9-21-10, statutory pre-judgment interest accrues from date of loss of on or about at the rate of twelve percent (12%) per year.

**PRAYER FOR RELIEF**

WHEREFORE, the plaintiff CYNTHIA ROBERGE prays that:

1.    This Court interpret and construe the applicable insurance policies issued by TRAVELERS and make a binding declaration of the respective rights, duties, and obligations of the parties.

2.    This Court issue a binding declaration that the defendant TRAVELERS was and is obligated to provide underinsured motorist coverage to the plaintiff CYNTHIA ROBERGE as described above.

3.    This Court issue a binding declaration that the TRAVELERS policy provides underinsured motorist coverage for the

d in Providence/Bristol County Superior Court
omitted: 4/5/2021 3:18 PM
velope: 3038907
viewer: Jaiden H.

injuries and or damages sustained by CYNTHIA ROBERGE as a result of the incident of July 14, 1998 together with any and all statutory interest, costs, and attorney's fees.

4.   That this Court issue a binding declaration and or judgment that the actions and conduct of the defendant TRAVELERS in its denial of underinsured motorist coverage to the plaintiff CYNTHIA ROBERGE were, and continue to be, wrongful, without any reasonable basis and in bad faith, both pursuant to common-law and the provisions of, but not limited to, R.I.G.L. § 9-1-33 et seq, R.I.G.L. § 27-9-1 et seq. and Rhode Island Department of Business Regulation LXXIII (73)

5.   This Court afford any and all other relief as necessary, including, but not limited to, full compensatory and punitive damages, including any and all statutory interest, costs, and attorney's fees.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

Plaintiff,
By her Attorney

/s/Wayne G. Resmini, Esq.
Wayne G. Resmini, Esq. #6373
RESMINI LAW LLC
1022 Reservoir Avenue
Cranston, RI 02910
(401) 751-6655 (Phone)
(401) 751-6282 (Facsimile)

Dated: April 4, 2021

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 4:02 PM
Envelope: 3075966
Reviewer: Victoria H
Case 1:21-CV-00195-JJM-LDA    Document 6    Filed 05/06/21    Page 13 of 40 PageID #: 39

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC

CYNTHIA A. ROBERGE               :

     VS.                              :          CA NO.: PC-2021-02372

TRAVELERS PROPERTY CASUALTY      :
COMPANY OF AMERICA               :

## WITHDRAWAL OF APPEARANCE

     Michael R. De Luca hereby withdraws his appearance on behalf of the Defendant,

Travelers Property Casualty Company of America, in the above-captioned matter.

> */s/ Michael R. De Luca*
> Michael R. De Luca  RI Bar #3663
> Gidley, Sarli & Marusak, LLP
> One Turks Head Place, Suite 900
> Providence, RI 02903
> Phone: (401) 274-6644
> Fax: (401) 331-9304
> mrd@gsm-law.com

## CERTIFICATION

     I hereby certify on this 28th day of April, 2021 that I have filed and served the within
document through the electronic filing system on the following party:

     Wayne G. Resmini, Esq. – waynegresmini@msn.com
     William T. Purdue, Esq. – wpurdue@morrisonmahoney.com

*April Vincent*

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: Victoria H

1:21-CV-00193-JJM-LDA     Document 6     Filed 05/06/21     Page 14 of 40 PageID #: 40

**STATE OF RHODE ISLAND**                                 **SUPERIOR COURT**
**PROVIDENCE, SC**


**CYNTHIA A. ROBERGE**
**Plaintiff,**

**v.**                                                    **Civil Action No.: PC-2021-02372**

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA,**
**Defendant**


<u>**NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES**</u>
<u>**DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**</u>

TO THE PROVIDENCE COUNTY SUPERIOR COURT CLERK:

Please take notice that on April 28, 2021, the above-captioned action has been removed to

the United States District Court for the District of Rhode Island, pursuant to Title 28, United States

Code § 1332. A copy of said Notice of Removal is attached hereto, in accordance with Title 28,

United States Code § 1441(d). Please take further notice that, pursuant to 28 U.S.C. §1446(d), the

filing of defendant's Notice of Removal effects the removal of this action to the federal court, and

this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C.

§1446(d).

Pursuant to Local Rule 81(a), Defendant Travelers Property Casualty Company of America

hereby respectfully requests that the file relating to the above-captioned matter be assembled and

that the United States District for the District of Rhode Island be provided electronic certified

copies of the docket sheet and of all records filed in this Court.


100297371

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: Victoria H

1:21-CV-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 15 of 40 PageID #: 41

Respectfully submitted,
The Defendant,
Travelers Property Casualty Corporation
By Its Attorneys,

**MORRISON MAHONEY, LLP**


*/s/ William T. Purdue*

William T. Purdue, Esq. (RI Bar No. 4256)
10 Weybosset Street, Suite 900
Providence, RI  02903
Tel: (401) 331-4660
Fax: (401) 351-4420
wpurdue@morrisonmahoney.com



## CERTIFICATE OF SERVICE

I hereby certify that this document was mailed, postage prepaid, to the following on this 28th day of April 2021.

Wayne G. Resmini, Esq.
Resmini Law, LLC
1022 Reservoir Avenue
Cranston, RI 02910


*/s/ William T. Purdue*


100297371

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CYNTHIA A. ROBERGE**
Plaintiff,                    :
                                          :
v.                                        :                    C.A. No. 2021-
                                          :
**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA**
Defendant      :

## NOTICE OF REMOVAL

Now comes the defendants Travelers Property Casualty Company of America (hereinafter

"Defendants Travelers"), and hereby gives notice of the removal of this action from the Providence

County Superior Court of the State of Rhode Island, where it is now pending and styled as *Cynthia*

*A. Roberge v. Travelers Property Casualty Company of America* , C.A. No. PC-2021-02372, to

the United States District Court for the District of Rhode Island, pursuant to 28 USC § 1441 *et.*

*seq.*   In support of this petition, Defendants Travelers avers as follows:

1.     Plaintiff Cynthia A. Roberge commenced this action against defendants Travelers

Property Casualty Company of America, in the Providence County Superior Court of the State of

Rhode Island on or about April 5, 2021 (a copy of the plaintiff's complaint is attached hereto and

marked as Exhibit A).

2.     Plaintiff served defendant Travelers Property Casualty Company of America with

the complaint through service upon the Rhode Island Insurance Commissioner on or about April

9, 2021.

3.     The District Courts of the United States have original jurisdiction over civil actions

where the parties are from diverse states and the matter in controversy exceeds the sum or value

100297330

of $75,000, exclusive of interest and costs. 28 USC § 1332(a)(1), 1441(a). Removal of this action

is not prohibited by 28 U.S.C. § 1445.

4.      With respect to diversity, Plaintiff's is a resident of the State of Rhode Island. (See

Exhibit A)

5.      Defendant Travelers Property Casualty Company of America is a foreign

corporation organized and existing under the laws of the State of Connecticut with its principal

place of business in Hartford, Connecticut.

6.      Because plaintiff is a citizen of the State of Rhode Island and the defendant

Travelers Property Casualty Company of America is a corporation of the State of Connecticut,

complete diversity of jurisdiction exists.

7.      The amount in controversy exceeds $75,000, based on the allegations in the

plaintiff's complaint. (See Exhibit A)

8.      Accordingly, the United States District Court for the District of Rhode Island has

original jurisdiction over this action pursuant to 28 USC §1332(a) and this action is, therefore,

removable to this Court pursuant to 28 USC § 1441.

9.      Pursuant to 28 USC § 1446(b), this notice is filed within thirty (30) days of

plaintiff's service of its complaint on Defendants Travelers Property Casualty Company of

America.

10.     Pursuant to 28 USC § 1446(d), a copy of this Petition for Removal is being filed

with, Clerk of Providence County Superior Court for the State of Rhode Island and is being served

on plaintiff.

11.     Pursuant to Local Rule 81(a), Defendant Travelers has requested that the Clerk of

the Providence County Superior Court of the State of Rhode Island, assemble and provide

100297330

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: Victoria H
1:21-CV-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 18 of 40 PageID #:
44

electronic certified copies of the docket sheet and of all records filed in the State Court action being removed.

      WHEREFORE, defendant Travelers Property Casualty Company of America, hereby Requests that this action now pending against it in the Providence County Superior Court of the State of Rhode Island be removed from that Court to the United States District Court for the District of Rhode Island.

Respectfully submitted,

Travelers Property Casualty
Company of America
By Its Attorneys,

MORRISON, MAHONEY, LLP.

*/S/ William T. Purdue*

William T. Purdue, Esq, (RI Bar No. 4256)
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
wpurdue@morrisonmahoney.com

100297330

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: Victoria H

1:21-CV-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 19 of 40 PageID #: 45

## CERTIFICATION

I hereby certify that on this 28th day of April 2021, a copy of the foregoing was mailed, postage prepaid, to:

Clerk of the Court
Providence County
Superior Court
250 Benefit Street
Providence, RI 02903

Wayne G. Resmini, Esq.
Resmini Law, LLC
1022 Reservoir Avenue
Cranston, RI 02910

MORRISON, MAHONEY, LLP.


/S/ William T. Purdue
_____
William T. Purdue, Esq, (RI Bar No. 4256)
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
wpurdue@morrisonmahoney.com

100297330

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: Victoria B.
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Reviewer: Jaiden H.

EXHIBIT
A
ALL-STATE LEGAL®

STATE OF RHODE ISLAND                SUPERIOR COURT
PROVIDENCE, SC.

CYNTHIA A. ROBERGE         )
    Plaintiff,             )
                           )
VS.                        )      C.A. NO. P.C. 2021-_____
                           )
TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA,        )
    Defendant              )

COUNT I
BREACH OF CONTRACT CLAIM

1.    Plaintiff Cynthia A. Roberge, while in the scope of her
      employment with the State of Rhode Island and was
      involved in a motor vehicle accident on October 18, 2018
      with an underinsured motorist.

2.    Upon information and belief, the State of Rhode Island
      procured commercial auto policy with Travelers Property
      Casualty Company of America, Policy No. TC2JCAP 177D8592,
      effective dates of coverage:  February 1, 2018 to
      February 1, 2019.

3.    On the date of the accident with the underinsured
      motorist, plaintiff was required to use her own personal
      automobile in the scope of her employment.

4.    Travelers' policy contained a Business Auto Extension
      Endorsement which provides in pertinent parts as follows:

      "D.  EMPLOYEES AS INSURED

The following is added to Paragraph A.1, Who is An Insured, of
Section II – COVERED AUTOS LIABILITY COVERAGE:

Any "employee" of yours is an "insured" while using a covered "a
covered auto" you don't own, hire or borrow in your business or
your personal affairs."

5.    At the time of the accident, plaintiff's auto was a
      covered  auto for liability purposes.

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: Victoria S.
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Viewer: Jaiden H.

6.    Given Travelers provided liability coverage for plaintiff's auto pursuant to the Business Auto Extension Endorsement, under Rhode Island law Travelers was also required to provide uninsured/underinsured coverage for her auto in an amount equal to the liability limits.

7.    Travelers' policy impermissibly attempts to restrict underinsured coverage to only vehicles with a Symbol 2 or "owned autos" only in violation of Rhode Island law.

8.    Pursuant to R.I.G.L. § 27-7-2.1(a), Travelers was required to provide uninsured/underinsured motorist coverage in an amount equal to the insured's bodily injury liability limits, unless the insured opted to select a limit less than the bodily injury liability coverage.

8.    Pursuant to § 27-7-2.1 (d) and under Rhode Island law, Travelers was further required to notify the policy holder in any renewal, reinstatement, substitute, amended, altered, modified, transfer or replacement policy as to the availability of additional uninsured/underinsured coverage or optional limits, which notice was required be provided with each change in order to be effective.

9.    Pursuant to 27-7-2.1 (a) The named insured shall have the option of selecting a limit in writing less than the bodily injury liability coverage, but in no event less than the limits set forth in § 31-31-7, unless the named insured is purchasing only the minimum coverage required by compulsory insurance provisions of the general laws, in which case the limit can be reduced to zero, but only after signing an advisory notice approved by the director of business regulation concerning the hazard of uninsured and underinsured motorists.

10.    As such, the plaintiff is entitled to underinsured motorist  coverage in the amount of liability limits for $1,000,000.

11.    By failing to provide said coverage consistent with Rhode Island law, Travelers has breached its contract.

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: VICTORIA A.
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Viewer: Jaiden H.
1:21-CV-00193-JJM-LDA   Document 6   Filed 05/06/21   Page 22 of 40 PageID #: 48

COUNT II
DECLARATORY JUDGMENT

13.     Plaintiff repeats and re-alleges the allegations contained
        in Paragraphs 1-12 of this Complaint as if set forth fully
        herein.

14.     Given the plaintiff was in the scope of her employment at
        the time of accident, she is considered a named insured
        under Travelers' policy pursuant to *Martinelli v.
        Travelers, 687 A.2d 443, 447 (R.I.1996)* and is entitled to
        underinsured motorist coverage in the amount of $1,000,000.

15.     By failing to provide underinsured coverage to Travelers'
        named insured, it has breached its contract.

COUNT III
DECLARATORY JUDGMENT

16.     Plaintiff repeats and re-alleges the allegations contained
        in Paragraphs 1-15 of this Complaint as if set forth fully
        herein.

17.     Upon information and belief, when the policy was renewed,
        Travelers failed to offer uninsured/underinsured motorist
        coverage in the amount of the liability limits of
        $1,000,000 as required by law.

18.     By failing to do so, Travelers' underinsured motorist
        coverage must be reformed to equal the liability limits of
        $1,000,000 pursuant to Rhode Island law.

COUNT IV
DECLATORY JUDGMENT

19.     Plaintiff repeats and re-alleges the allegations contained
        in Paragraphs 1-18 of this Complaint as if set forth fully
        herein.

20.     Travelers' acts as alleged herein were fraudulent and
        malicious. As a result, Cynthia Roberge is entitled to an
        award of punitive damages to punish Travelers and for the
        sake of example, all in a sum to be proven at trial.

In Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
/elope: 3038907
/iewer: Jaiden H.

## COUNT V
## BAD FAITH

21.     Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1-20 of this Complaint as if set forth fully herein.

22.     The actions and conduct of the defendant TRAVELERS in its denial of underinsured motorist coverage to the plaintiff CYNTHIA ROBERGE were, and continue to be, wrongful, without any reasonable basis in either fact and or law, and in bad faith, both pursuant to common-law and the provisions of, but not limited to, R.I.G.L. § 9-1-33 et seq, R.I.G.L. § 27-9-1 et seq. and Rhode Island Department of Business Regulation LXXIII (73)

23.     As a direct and proximate result of the bad faith of the defendant TRAVELERS as aforesaid, the plaintiff CYNTHIA ROBERGE was caused to sustain severe and substantial monetary and other unspecified damages, and has incurred interest, costs, and attorney's fees.

24.     The monetary damages sustained by the plaintiff CYNTHIA ROBERGE are sufficient to invoke the jurisdiction of this Court.

25.     Pursuant to R.I.G.L. § 9-21-10, statutory pre-judgment interest accrues from date of loss of on or about  at the rate of twelve percent (12%) per year.

PRAYER FOR RELIEF

WHEREFORE, the plaintiff CYNTHIA ROBERGE prays that:

1.     This Court interpret and construe the applicable insurance policies issued by TRAVELERS and make a binding declaration of the respective rights, duties, and obligations of the parties.

2.     This Court issue a binding declaration that the defendant TRAVELERS was and is obligated to provide underinsured motorist coverage to the plaintiff CYNTHIA ROBERGE as described above.

3.     This Court issue a binding declaration that the TRAVELERS policy provides underinsured motorist coverage for the

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 12:14 PM
Envelope: 3075140
Reviewer: Victoria H.

1:21-CV-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 24 of 40 PageID #: 50

In Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Viewer: Jaiden H.

injuries and or damages sustained by CYNTHIA ROBERGE as a
result of the incident of July 14, 1998 together with any
and all statutory interest, costs, and attorney's fees.

4.    That this Court issue a binding declaration and or judgment
that the actions and conduct of the defendant TRAVELERS in
its denial of underinsured motorist coverage to the
plaintiff CYNTHIA ROBERGE were, and continue to be,
wrongful, without any reasonable basis and in bad faith,
both pursuant to common-law and the provisions of, but not
limited to, R.I.G.L. § 9-1-33 et seq, R.I.G.L. § 27-9-1 et
seq. and Rhode Island Department of Business Regulation
LXXIII (73)

5.    This Court afford any and all other relief as necessary,
including, but not limited to, full compensatory and
punitive damages, including any and all statutory interest,
costs, and attorney's fees.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

                                    Plaintiff,
                                    By her Attorney

                                    /s/Wayne G. Resmini, Esq.
                                    Wayne G. Resmini, Esq. #6373
                                    RESMINI LAW LLC
                                    1022 Reservoir Avenue
                                    Cranston, RI 02910
                                    (401) 751-6655 (Phone)
                                    (401) 751-6282 (Facsimile)


Dated: April 4, 2021

**STATE OF RHODE ISLAND**                                    **SUPERIOR COURT**
**PROVIDENCE, SC**


**CYNTHIA A. ROBERGE**
**Plaintiff,**


**v.**                                              **Civil Action No.: PC-2021-02372**


**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA,**
**Defendant**

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance on behalf of the defendant, Travelers Property Casualty

Company of America, in the above-captioned matter.


                            Respectfully submitted,
                            The Defendant,
                            Travelers Property Casualty Corporation
                            By Its Attorneys,

                            **MORRISON MAHONEY, LLP**


                            */s/ William T. Purdue*
                            _____
                            William T. Purdue, Esq. (RI Bar No. 4256)
                            10 Weybosset Street, Suite 900
                            Providence, RI  02903
                            Tel: (401) 331-4660
                            Fax: (401) 351-4420
                            wpurdue@morrisonmahoney.com


100297472

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/28/2021 11:53 AM
Envelope: 3075014
Reviewer: Jaiden H.

1:21-CV-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 26 of 40 PageID #: 52

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was mailed, postage prepaid, to the following on this 28th day of April 2021.

Wayne G. Resmini, Esq.
Resmini Law, LLC
1022 Reservoir Avenue
Cranston, RI 02910

*/s/ William T. Purdue*

_____

100297472

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/26/2021 11:38 AM
Envelope: 3070230
Reviewer: Jaiden H.

Case 1:21-cv-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 27 of 40 PageID #: 53

# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-02372 |
| **Plaintiff**<br>Cynthia Roberge<br>v.<br>Travelers Property Casualty Company of America<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Wayne Resmini |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>1022 RESERVOIR AVENUE<br>CRANSTON RI 02910 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address<br><br>*RI Insurance Commissioner* |

**TO THE DEFENDANT, Travelers Property Casualty Company of America:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 4/5/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/26/2021 11:38 AM
Envelope: 3070230
Reviewer: Jaiden H.

1:21-CV-00193-JJM-LDA   Document 6   Filed 05/06/21   Page 28 of 40 PageID #: 54

# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Cynthia Roberge | PC-2021-02372 |
| v. | |
| Travelers Property Casualty Company of America | |
| **Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Travelers Property Casualty Company of America, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person of suitable age and discretion _____

    Address of dwelling house or usual place of abode _____

    _____

    Age _____

    Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

    Name of authorized agent _____

    If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

    _____

☐ With a guardian or conservator of the Defendant.

    Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

    Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/26/2021 11:38 AM
Envelope: 3070230
Reviewer: Jaiden H.

1:21-CV-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 29 of 40 PageID #: 55



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____

☑ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent ___R. I. Insurance Commissioner D.B.A___
  If the agent is one designated by statute to receive service, further notice as required by statute was given
  as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: _04/07/21_        SERVICE FEE $ _45.25 = 70.00_
               Month  Day  Year   _2:51 PM_

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE
NOTARIZED.

Signature _____

State of _____

County of _____

HAROLD W. OUIMETTE
R.I. CONSTABLE #0120
SC#13)

On this _____ day of _____, 20____, before me, the undersigned notary public, personally
appeared _____ ☐ personally known to the notary
or ☐ proved to the notary through satisfactory evidence of identification, which was
_____, to be the person who signed above in my presence,
and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her
knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/15/2021 9:47 AM
Envelope: 3055548
Reviewer: Jaiden H.

1:21-CV-00193-JJM-LDA    Document 6    Filed 05/06/21    Page 30 of 40 PageID #: 56

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC

CYNTHIA A. ROBERGE            :

    VS.                              :        CA NO.: PC-2021-02372

TRAVELERS PROPERTY CASUALTY   :
COMPANY OF AMERICA            :

## LATE ANSWER STIPULATION

The time for Defendant, Travelers Property Casualty Company of America, to answer or otherwise respond to Plaintiff, Cynthia A. Roberge's, Complaint is extended thirty (30) days or up to and including May 29, 2021.

Wayne G. Resmini, RI Bar No. 6373
Attorney for Plaintiff
Cynthia A. Roberge
Resmini Law, LLC
1022 Reservoir Avenue
Cranston, RI 02910
(401) 751-6655; fax (401) 751-6282
waynegresmini@msn.com

Michael R. De Luca, RI Bar No. 3663
Attorney for Defendant
Travelers Property Casualty Company of America
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; fax (401) 331-9304
mrd@gsm-law.com

## CERTIFICATION

I hereby certify on this 15 day of April, 2021 that I have filed and served the within document through the electronic filing system on the following party:

Wayne G. Resmini, Esq. – waynegresmini@msn.com

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/14/2021 11:29 AM
Envelope: 3053778
Reviewer: Jaiden H.

1:21-CV-00193-JJM-LDA     Document 6     Filed 05/06/21     Page 31 of 40 PageID #: 57

STATE OF RHODE ISLAND                     SUPERIOR COURT
PROVIDENCE, SC

CYNTHIA A. ROBERGE                 :

     VS.                               :        CA NO.: PC-2021-02372

TRAVELERS PROPERTY CASUALTY        :
COMPANY OF AMERICA                 :

## ENTRY OF APPEARANCE

    Michael R. De Luca, Rhode Island Bar No. 3663, enters his appearance for Defendant,

Travelers Property Casualty Company of America.


                                 */s/  Michael R. De Luca*
                                   Michael R. De Luca, #3663
                                   Gidley, Sarli & Marusak, LLP
                                   One Turks Head Place, Suite 900
                                   Providence, RI 02903
                                   (401) 274-6644
                                   (401) 331-9304
                                   mrd@gsm-law.com


## CERTIFICATION

    I hereby certify on this ____ day of April, 2021 that I have filed and served the within
document through the electronic filing system on the following party:

    Wayne G. Resmini, Esq. – waynegresmini@msn.com



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-02372 |
| **Plaintiff**<br>Cynthia Roberge<br> v.<br>Travelers Property Casualty Company of America<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Wayne Resmini |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>1022 RESERVOIR AVENUE<br>CRANSTON RI  02910 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, Travelers Property Casualty Company of America:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 4/5/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Cynthia Roberge<br> v.<br>Travelers Property Casualty Company of America<br>**Defendant** | **Civil Action File Number**<br>PC-2021-02372 |
|---|---|

---

### PROOF OF SERVICE

   I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Travelers Property Casualty Company of America, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person of suitable age and discretion _____

   Address of dwelling house or usual place of abode _____

   _____

   Age _____

   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

   Name of authorized agent _____

   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

☐ With a guardian or conservator of the Defendant.

   Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

    Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____

   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

☐ I was unable to make service after the following reasonable attempts: _____

_____
_____

| SERVICE DATE: _____/_____/_____ <br> Month   Day   Year | SERVICE FEE $ _____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Reviewer: Jaiden H.

Case 1:21-cv-00195-JJM-LDA    Document 6    Filed 05/06/21    Page 35 of 40 PageID #: 61

STATE OF RHODE ISLAND                        SUPERIOR COURT
PROVIDENCE, SC.

```
CYNTHIA A. ROBERGE              )
     Plaintiff,                 )
                                )
VS.                             )     C.A. NO. P.C. 2021-_____
                                )
TRAVELERS PROPERTY CASUALTY     )
COMPANY OF AMERICA,             )
     Defendant                  )
                                )
```

## PLAINTIFFS' JURY TRIAL DEMAND

    Now comes the plaintiff, CYNTHIA ROBERGE hereby demand a trial by jury on all counts of this Complaint.


                      Plaintiff,
                      By her Attorney


                      /s/Wayne G. Resmini
                      Wayne G. Resmini, Esq. #6373
                      RESMINI LAW LLC
                      1022 Reservoir Avenue
                      Cranston, RI 02910
                      (401) 751-6655 (Phone)
                      (401) 751-6282 (Facsimile)


Dated: April 4, 2021

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC.

---

CYNTHIA A. ROBERGE            )
    Plaintiff,             )
                     )
VS.                           )    C.A. NO. P.C. 2021-_____
                     )
TRAVELERS PROPERTY CASUALTY   )
COMPANY OF AMERICA,           )
    Defendant              )

---

COUNT I
BREACH OF CONTRACT CLAIM

1.      Plaintiff Cynthia A. Roberge, while in the scope of her employment with the State of Rhode Island and was involved in a motor vehicle accident on October 18, 2018 with an underinsured motorist.

2.      Upon information and belief, the State of Rhode Island procured commercial auto policy with Travelers Property Casualty Company of America, Policy No. TC2JCAP 177D8592, effective dates of coverage:  February 1, 2018 to February 1, 2019.

3.      On the date of the accident with the underinsured motorist, plaintiff was required to use her own personal automobile in the scope of her employment.

4.      Travelers' policy contained a Business Auto Extension Endorsement which provides in pertinent parts as follows:

    "D.   EMPLOYEES AS INSURED

The following is added to Paragraph A.1, Who is An Insured, of Section II – COVERED AUTOS LIABILITY COVERAGE:

Any "employee" of yours is an "insured" while using a covered "a covered auto" you don't own, hire or borrow in your business or your personal affairs."

5.      At the time of the accident, plaintiff's auto was a covered  auto for liability purposes.

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Reviewer: Jaiden H.

21-CV-00195-JJM-LDA    Document 6    Filed 05/06/21    Page 37 of 40 PageID #:
63

6.   Given Travelers provided liability coverage for plaintiff's auto pursuant to the Business Auto Extension Endorsement, under Rhode Island law Travelers was also required to provide uninsured/underinsured coverage for her auto in an amount equal to the liability limits.

7.   Travelers' policy impermissibly attempts to restrict underinsured coverage to only vehicles with a Symbol 2 or "owned autos" only in violation of Rhode Island law.

8.   Pursuant to R.I.G.L. § 27-7-2.1(a), Travelers was required to provide uninsured/underinsured motorist coverage in an amount equal to the insured's bodily injury liability limits, unless the insured opted to select a limit less than the bodily injury liability coverage.

8.   Pursuant to § 27-7-2.1 (d) and under Rhode Island law, Travelers was further required to notify the policy holder in any renewal, reinstatement, substitute, amended, altered, modified, transfer or replacement policy as to the availability of additional uninsured/underinsured coverage or optional limits, which notice was required be provided with each change in order to be effective.

9.   Pursuant to 27-7-2.1 (a) The named insured shall have the option of selecting a limit in writing less than the bodily injury liability coverage, but in no event less than the limits set forth in § 31-31-7, unless the named insured is purchasing only the minimum coverage required by compulsory insurance provisions of the general laws, in which case the limit can be reduced to zero, but only after signing an advisory notice approved by the director of business regulation concerning the hazard of uninsured and underinsured motorists.

10.  As such, the plaintiff is entitled to underinsured motorist coverage in the amount of liability limits for $1,000,000.

11.  By failing to provide said coverage consistent with Rhode Island law, Travelers has breached its contract.

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Reviewer: Jaiden H.

21-CV-00195-JJM-LDA    Document 6    Filed 05/06/21    Page 38 of 40 PageID #: 64

COUNT II
DECLARATORY JUDGMENT

13.    Plaintiff repeats and re-alleges the allegations contained
       in Paragraphs 1-12 of this Complaint as if set forth fully
       herein.

14.    Given the plaintiff was in the scope of her employment at
       the time of accident, she is considered a named insured
       under Travelers' policy pursuant to *Martinelli v.
       Travelers, 687 A.2d 443, 447 (R.I.1996)* and is entitled to
       underinsured motorist coverage in the amount of $1,000,000.

15.    By failing to provide underinsured coverage to Travelers'
       named insured, it has breached its contract.

COUNT III
DECLARATORY JUDGMENT

16.    Plaintiff repeats and re-alleges the allegations contained
       in Paragraphs 1-15 of this Complaint as if set forth fully
       herein.

17.    Upon information and belief, when the policy was renewed,
       Travelers failed to offer uninsured/underinsured motorist
       coverage in the amount of the liability limits of
       $1,000,000 as required by law.

18.    By failing to do so, Travelers' underinsured motorist
       coverage must be reformed to equal the liability limits of
       $1,000,000 pursuant to Rhode Island law.

COUNT IV
DECLARATORY JUDGMENT

19.    Plaintiff repeats and re-alleges the allegations contained
       in Paragraphs 1-18 of this Complaint as if set forth fully
       herein.

20.    Travelers' acts as alleged herein were fraudulent and
       malicious. As a result, Cynthia Roberge is entitled to an
       award of punitive damages to punish Travelers and for the
       sake of example, all in a sum to be proven at trial.

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Reviewer: Jaiden H.

21-CV-00195-JJM-LDA     Document 6     Filed 05/06/21     Page 39 of 40 PageID #: 65

COUNT V
BAD FAITH

21.    Plaintiff repeats and re-alleges the allegations contained
       in Paragraphs 1-20 of this Complaint as if set forth fully
       herein.

22.    The actions and conduct of the defendant TRAVELERS in its
       denial of underinsured motorist coverage to the plaintiff
       CYNTHIA ROBERGE were, and continue to be, wrongful, without
       any reasonable basis in either fact and or law, and in bad
       faith, both pursuant to common-law and the provisions of,
       but not limited to, R.I.G.L. § 9-1-33 et seq, R.I.G.L.
       § 27-9-1 et seq. and Rhode Island Department of Business
       Regulation LXXIII (73)

23.    As a direct and proximate result of the bad faith of the
       defendant TRAVELERS as aforesaid, the plaintiff CYNTHIA
       ROBERGE was caused to sustain severe and substantial
       monetary and other unspecified damages, and has incurred
       interest, costs, and attorney's fees.

24.    The monetary damages sustained by the plaintiff CYNTHIA
       ROBERGE are sufficient to invoke the jurisdiction of this
       Court.

25.    Pursuant to R.I.G.L. § 9-21-10, statutory pre-judgment
       interest accrues from date of loss of on or about  at the
       rate of twelve percent (12%) per year.

PRAYER FOR RELIEF

WHEREFORE, the plaintiff CYNTHIA ROBERGE prays that:

1.    This Court interpret and construe the applicable insurance
      policies issued by TRAVELERS and make a binding declaration
      of the respective rights, duties, and obligations of the
      parties.

2.    This Court issue a binding declaration that the defendant
      TRAVELERS was and is obligated to provide underinsured
      motorist coverage to the plaintiff CYNTHIA ROBERGE as
      described above.

3.    This Court issue a binding declaration that the TRAVELERS
      policy provides underinsured motorist coverage for the

Case Number: PC-2021-02372
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 3:18 PM
Envelope: 3038907
Reviewer: Jaiden H.

21-CV-00195-JJM-LDA    Document 6    Filed 05/06/21    Page 40 of 40 PageID #:
66

injuries and or damages sustained by CYNTHIA ROBERGE as a
result of the incident of July 14, 1998 together with any
and all statutory interest, costs, and attorney's fees.

4.   That this Court issue a binding declaration and or judgment
that the actions and conduct of the defendant TRAVELERS in
its denial of underinsured motorist coverage to the
plaintiff CYNTHIA ROBERGE were, and continue to be,
wrongful, without any reasonable basis and in bad faith,
both pursuant to common-law and the provisions of, but not
limited to, R.I.G.L. § 9-1-33 et seq, R.I.G.L. § 27-9-1 et
seq. and Rhode Island Department of Business Regulation
LXXIII (73)

5.   This Court afford any and all other relief as necessary,
including, but not limited to, full compensatory and
punitive damages, including any and all statutory interest,
costs, and attorney's fees.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

                         Plaintiff,
                         By her Attorney

                         /s/Wayne G. Resmini, Esq.
                         Wayne G. Resmini, Esq. #6373
                         RESMINI LAW LLC
                         1022 Reservoir Avenue
                         Cranston, RI 02910
                         (401) 751-6655 (Phone)
                         (401) 751-6282 (Facsimile)


Dated: April 4, 2021