# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CYNTHIA ROBERGE,**
    **Plaintiff,**

    v.                                                                                     C.A. No. 21-193 JJM

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA,**
    **Defendant.**

## JUDGMENT

[    ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Travelers Property Casualty Company of America and against Plaintiff Cynthia Roberge pursuant to the Order entered on December 15th, 2023 by this Court.

                                                             Enter:

                                                             /s/ Ryan H. Jackson
                                                             Deputy Clerk


Dated: December15, 2023